■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE DUGGER. Concur—Botein, P. J., Breitel, Valente, Eager and Steuer, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY A. BEST. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BROWN. (D) THE PEOPLE OF THE STATE OF

New York v. Gerhardt Schwartz. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ. (E) The People of the State of New York v. Leo Munoz. (F) The People of the State of New York v. James Knight. (G) The People of the State of New York v. John Driscoll.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.